UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nathanael L. Reynolds, )
)
Plaintiff, )
)     Case: 1:16-cv-00895
v. )     Assigned To : Unassigned
)     Assign. Date : 5/11/2016
Magistrate Judge Shiva V. Hodges *et al.*, )     Description: Pro Se Gen. Civ.
)
Defendants. )

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A, which requires the Court to screen and dismiss a prisoner's complaint upon a determination that it fails to state a claim upon which relief may be granted or seeks monetary relief from an immune defendant. *See id.* § 1915A(b).

Plaintiff is an inmate at the Charleston County Detention Center in Charleston, South Carolina. He has brought suit against a district judge and a magistrate judge, both sitting in the U.S. District Court for the District of South Carolina. Plaintiff complains about their rulings, *see* Compl. ¶ IV, and he seeks $10 million from each defendant. In addition, plaintiff seeks this Court's intervention.

Judges are absolutely immune from a lawsuit based, as here, on acts taken during the performance of their official duties. *See Mirales v. Waco*, 502 U.S. 9, 11-12 (1991); *Thanh Vong Hoai v. Superior Court for District of Columbia*, 344 Fed. Appx. 620 (D.C. Cir. 2009) (per curiam); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993); *Smith v. Scalia*, 44 F. Supp. 3d

1



28, 40-42 (D.D.C. 2014) (examining cases). In addition, this Court lacks jurisdiction to review the decisions of its sister courts. *See United States v. Choi*, 818 F. Supp. 2d 79, 85 (D.D.C. 2011) (district courts "generally lack[] appellate jurisdiction over other judicial bodies, and cannot exercise appellate mandamus over other courts.") (citing *Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C.1986)); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995) (noting that "[b]y filing a complaint in this Court against federal judges who have done nothing more than their duty . . . Fleming has instituted a meritless action") (applying *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415, 416 (1923)). Accordingly, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

Date:  May _9_, 2016

United States District Judge